1

2                    IN THE UNITED STATES DISTRICT COURT

3                    FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   RAYMOND C. BROOME,

8        Plaintiff,                          1: 07 CV  1627 LJO WMW PC

9

10       vs.                                 ORDER RE: FINDINGS &
                                             RECOMMENDATIONS (#10)
11

12   JAMES TILTON, et al.,

         Defendants.
13

14

15          Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter

16   was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

17   Rule 72-302.

18          On September 9, 2008, findings and recommendations were entered,

19   recommending dismissal of this action for failure to state a claim upon which relief can be

20   granted.   Plaintiff was provided an opportunity to file objections within twenty days.   Plaintiff

21   has not filed objections to the findings and recommendations.

22          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule

23   73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the

24   entire file, the court finds the findings and recommendations to be supported by the record and

25   proper analysis.

26

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 9, 2008, are adopted in full; and

2. This action is dismissed for failure to state a claim upon which relief can be granted. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:    October 10, 2008                                  /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE